# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-3236
_____

ULISBAN S. BRYANT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Bradford County.
James M. Colaw, Judge.

September 29, 2022


PER CURIAM.

AFFIRMED.

KELSEY, JAY, and M.K. THOMAS, JJ., concur.

_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ulisban S. Bryant, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.